```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 29049
  JUAN J ZUNIGA
  MARIE A ZUNIGA                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

          Debtor
  SSN XXX-XX-8200      SSN XXX-XX-3069
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

   1. The case was filed on 07/22/05 and confirmed on 10/14/05.

   2. The case was dismissed after confirmation, 05/16/2008.

   3. The Debtor paid a total of $ 22026.00 .

   4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMC MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| AMC MORTGAGE SERVICES | MORTGAGE ARRE | 4500.05 | .00 | 4500.05 |
| BENEFICIAL MORTGAGE CO O | SECURED | .00 | .00 | .00 |
| BENEFICIAL MORTGAGE CO O | MORTGAGE ARRE | 1272.00 | .00 | 1272.00 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | NOT FILED | .00 | .00 |
| BEST BUY | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 2062.58 | .00 | 1857.59 |
| CAPITAL ONE BANK | UNSECURED | 862.36 | .00 | 776.66 |
| CAPITAL ONE BANK | UNSECURED | 836.08 | .00 | 752.99 |
| CENTRAL DUPAGE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| CENTRAL DUPAGE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| CENTRAL DUPAGE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK N A | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE MEDICAL CLINIC | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE MEDICAL CLINIC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 562.31 | .00 | 506.43 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 731.64 | .00 | 658.93 |
| B LINE LLC | UNSECURED | 2995.15 | .00 | 2697.47 |
| PROVIDIAN NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 4494.78 | .00 | 4048.07 |
| QUEST DIAG INCORP | UNSECURED | NOT FILED | .00 | .00 |
| SHERMAN ACQUISITION LTD | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 449.59 | .00 | 404.91 |
| WEST SUBURBAN HEALTH CAR | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1292.03 | .00 | 1163.62 |
| CAPITAL ONE BANK | UNSECURED | 954.19 | .00 | 859.36 |

```
       Summary of disbursements:
--------------------------------------------------------------------------------
                      SECURED      PRIORITY     UNSECURED         OTHER        TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED    5772.05           .00      15240.71           .00     21012.76
PRINCIPAL PAID        5772.05           .00      13726.03           .00     19498.08
INTEREST PAID             .00           .00           .00           .00          .00
TOTAL PAID            5772.05           .00      13726.03           .00     19498.08
```

The Debtor's attorney, RICHARD E SEXNER                , was allowed $    2632.50
and was paid $     993.50   direct and $    1639.00   through the plan.

The Trustee received $     888.92 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 08/19/08                  /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE